UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEAN McCRAVE BAXTER, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No.: 1:18-cv-424-WES-LDA |
| v. | ) |
|  | ) |
| MERRILL LYNCH, PIERCE, | ) |
| FENNER & SMITH | ) |
| INCORPORATED, | ) |
|  | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jean McCrave Baxter and Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated, by and through their undersigned counsel, hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with

prejudice with each party to bear its own costs, expenses, and fees.

Respectfully submitted,

_____
Bert H. Ware, Esq.
*Admitted Pro Hac Vice*
Bressler, Amery & Ross, P.C.
17 State Street
New York, New York 10004
Direct: 617.416.7322
Office: 212.510.6911
bhware@bressler.com

Mark A. Pogue (#3441)
Katharine E. Kohm (#8194)
Pierce Atwood LLP
One Financial Plaza
Suite 2600
Providence, Rhode Island 2903
Office: 401.588-5113
Fax: 401.588.5166
mpogue@pierceatwood.com
kkohm@pierceatwood.com

Attorneys for Defendant Merrill Lynch,
Pierce, Fenner & Smith Incorporated

_____
Harry J. Hoopis, Esq.
Hoopis & Hoopis
33 College Hill Road, Building 5B
Warwick, Rhode Island 02886
Direct: 401.823.6266

hoopis@hoopisandhoopis.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was electronically filed with the clerk of the court on October 5, 2018, and that is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on all counsel of record.

                                               */s/ Mark A. Pogue*